


**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | Monaco Parkway Fee Owner LLC | | |
| **Status** | Good Standing | **Formation date** | 05/16/2014 |
| **ID number** | 20141305795 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | May | **Jurisdiction** | Delaware |
| **Principal office street address** | 10100 Santa Monica Blvd, Suite 400, Los Angeles, CA 90067, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | Corporation Service Company |
| **Street address** | 1900 W. Littleton Boulevard, Littleton, CO 80120, United States |
| **Mailing address** | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

**EXHIBIT C, Page 1 of 1**