


**For this Record...**
Filing history and documents
Trade names
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| **Name** | GREP Southwest, LLC | | |
| **Status** | Good Standing | **Formation date** | 03/05/2009 |
| **ID number** | 20091133383 | **Form** | Foreign Limited Liability Company |
| **Periodic report month** | December | **Jurisdiction** | DELAWARE |
| **Principal office street address** | 465 Meeting Street, Suite 500, Charleston, SC 29403, United States | | |
| **Principal office mailing address** | n/a | | |

| Registered Agent | |
|---|---|
| **Name** | C T Corporation System |
| **Street address** | 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268, United States |
| **Mailing address** | n/a |

Filing history and documents

Trade names

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

**EXHIBIT D, Page 1 of 1**