| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: April 17, 2020 1:11 PM<br>FILING ID: EFE8B53F820FB<br>CASE NUMBER: 2020CV30622 |
| Plaintiff: **ANNETTE BOZONIER**<br><br>v.<br><br>Defendant: **MONACO PARKWAY FEE OWNER LLC AND GREP SOUTHWEST LLC** | COURT USE ONLY |
| **Attorneys for Plaintiff:**<br>Nathan T. Mattison, #38627<br>Law Offices of Dianne Sawaya, LLC<br>4500 Cherry Creek Drive South, Suite 1030<br>Denver, CO 80246<br>Phone Number: (303) 758-4777<br>Fax Number: (303) 758-4779<br>E-mail: nmattison@dlslawfirm.com | Case Number: 20CV030622<br><br>Division:409 |
| **WAIVER OF SERVICE OF PROCESS** | |

**WAIVER OF SERVICE OF PROCESS ON DEFENDANTS MONACO PARKWAY FEE OWNER LLC AND GREP SOUTHWEST LLC**

**TO:** Marianne LaBorde, Esq
Montgomery | Amatuzio | Chase | Bell | Jones LLP
4100 E. Mississippi Ave, 16th Floor
Denver, CO 80246
303-379-8080

I acknowledge receipt of your request that I waive service of a SECOND AMENDED COMPLAINT, AMENDED CIVIL COVER SHEET AND AMENDED SUMMONS in the action of, Annette Bozonier v. Monaco Parkway Fee Owner LLC and GREP Southwest LLC, case number **20CV030622**, in the Denver County District Court, Division 409, located at 1437 Bannock Street, Denver, CO 80202 on behalf of my clients Monaco Parkway Fee Owner LLC and GREP Southwest LLC . I have also received copies of the SECOND AMENDED COMPLAINT, AMENDED CIVIL COVER SHEET AND AMENDED SUMMONS, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of the SECOND AMENDED COMPLAINT, AMENDED CIVIL COVER SHEET AND AMENDED SUMMONS in this lawsuit by not requiring that I (or Monaco Parkway Fee Owner LLC and GREP Southwest LLC on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or Monaco Parkway Fee Owner LLC and GREP Southwest LLC on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in service of process on Defendants Monaco Parkway Fee Owner LLC and GREP Southwest LLC.

Defendant Monaco Parkway Fee Owner LLC and GREP Southwest LLC Standard will be deemed properly served with process as of the date I execute this waiver of personal service.

4/15/20
Date

Signature
Marianne LaBorde, Esq.