| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>1437 Bannock Street<br>Denver, Colorado 80202 | DATE FILED: April 3, 2020 1:56 PM<br>FILING ID: 2D0D79899FF18<br>CASE NUMBER: 2020CV30622 |
| Plaintiff: **ANNETTE BOZONIER**<br><br>v.<br><br>Defendant: **MONACO PARKWAY FEE OWNER LLC AND GREP SOUTHWEST LLC** | COURT USE ONLY |
| **Attorneys for Plaintiff:**<br>Nathan T. Mattison, #38627<br>Law Offices of Dianne Sawaya, LLC<br>4500 Cherry Creek Drive South, Suite 1030<br>Denver, CO 80246<br>Phone Number: (303) 758-4777<br>Fax Number: (303) 758-4779<br>E-mail: nmattison@dlslawfirm.com | Case Number: 20CV030622<br><br>Division:409 |

**AMENDED SUMMONS-MONACO PARKWAY FEE OWNER LLC**

**TO THE ABOVE NAMED DEFENDANT:** Monaco Parkway Fee Owner LLC c/o Corporation Service Company, located at 1900 W. Littleton Boulevard, Littleton, CO 80120.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: April 3, 2020

**LAW OFFICES OF DIANNE SAWAYA LLC**

*s/Nathan T. Mattison*
Nathan T. Mattison, #38627
*Attorneys for the Plaintiff*