# SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1 and 28 U.S.C. § 1446(a).

| **Section A – Plaintiffs** | **Section B – Defendants** |
|---|---|
| Plaintiffs remaining in action at the time of filing the notice of removal. | Defendants remaining in action at the time of filing the notice of removal |

| | |
|---|---|
| 1.Annette Bozonier | 1. Monaco Parkway Fee Owner LLC |
| 2. | 2. GREP Southwest LLC |
| 3. | 3. |
| 4. | 4. |

## Section C – Pending State Court Motions As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. None | |
| 2. | |

## Section D – Scheduled State Court Hearings As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. None | | | |
| 2. | | | |

*/s/ Marianne LaBorde*
Signature

Marianne LaBorde.
Printed Name

Telephone Number: (303) 592-6600

Date: May 6, 2020

State Court Case No.: 2020-cv-30622
Denver District Court, Colorado